NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PATRICK HOOKER,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D17-3400
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____      )

Opinion filed May 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian A. Iten, Judge.

PER CURIAM.

            Affirmed.

CASANUEVA, KELLY, and LUCAS, JJ., Concur.